**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT L. BUTTERFIELD, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   3:14-cv-49-MMD-WGC<br>) |
| LEGRAND et al., | )   **ORDER**<br>) |
| Defendants. | )<br>) |
| _____ | ) |

**I.   DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The Court entered a screening order on June 3, 2014. (ECF No. 6). The screening order imposed a 90-day stay and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator. (ECF No. 6, 9). The Office of the Attorney General has filed a status report indicating that a mediation session with a court-appointed mediator was held on August 5, 2014 and that the parties have not reached a settlement but that settlement negotiations are ongoing between Plaintiff and Defendants. (ECF No. 11; ECF No. 12 at 2).

///
///
///
///
///
///

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended for 30 more days. Defendants shall file an updated status report within 30 days of the date of this order indicating whether a settlement has been reached or whether they intend to proceed with this action.

DATED: This __2nd__ day of September, 2014.

_____
United States Magistrate Judge